**No. 61586.**—Richter Bros., Inc., et al. *v.* United States, protests 285603–K, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fried herring similar in all material respects to that the the subject of *Richter Bros., Inc.* v. *United States* (44 C. C. P. A. 128, C. A. D. 649), the claim of the plaintiffs was sustained.